1474

**98–1951. State v. Robinson.**
Clark App. No. 97CA0073. On motion for leave to file delayed appeal. Motion denied.
 MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**98–1952. State v. Arnold.**
Cuyahoga App. No. 72803. On motion for leave to file delayed appeal. Motion granted.
 DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**98–1953. State v. Simmons.**
Franklin App. No. 97APA10–1310. On motion for leave to file delayed appeal. Motion denied.
 MOYER, C.J., and PFEIFER, J., dissent.

**98–1995. State v. Thompson.**
Cuyahoga App. No. 74205. On motion for leave to file delayed appeal. Motion denied.

**98–1996. State v. Thompson.**
Cuyahoga App. No. 74206. On motion for leave to file delayed appeal. Motion denied.

**98–2074. State ex rel. Jones v. Preferred, Inc.**
Franklin App. No. 97APD08–1031. On motion for stay of court of appeals' judgment. Motion denied.

## DISCRETIONARY APPEALS ALLOWED

**98–1338. Harris v. Liston.**
Cuyahoga App. No. 72244.
 DOUGLAS, F.E. SWEENEY and PFEIFER, JJ., dissent.
 PEGGY BRYANT, J., of the Tenth Appellate District, sitting for COOK, J.

**98–1607. Hillyer v. State Farm Ins. Co.**
Lake App. No. 97–L–031.
 LUNDBERG STRATTON, J., would allow on Proposition of Law No. I only.
 MOYER, C.J., and COOK, J., dissent.

**98–1674. Sheffield v. Browning–Ferris Industries of Ohio, Inc.**
Lorain App. No. 97CA006847.
 MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

